496 A.2d 751

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Sam DONALDSON.

Supreme Court of Pennsylvania.

May 24, 1985.

Petition for Allowance of Appeal GRANTED, No. 65 E.D. Appeal Docket 1985.